AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Bowdre, Karon O | 2. Court or Organization<br><br>U. S. District Court, Alabama | 3. Date of Report<br><br>05/15/2008 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
|---|---|---|

| 7. Chambers or Office Address<br><br>Hugo Black Courthouse<br>1729 Fifth Avenue North<br>Birmingham, AL 35203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Proprietor | Juliette Farms f/k/a KayBee Saddlebreds |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2001 | Samford University (Defined Benefit Plan)-vested benefits in plan of former employer. |
| 2. | |
| 3. | |

RECEIVED
2008 JUN -5 A 10: 24
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O | 05/15/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Juliette Farms fka Kaybee Saddlebreds (Breed, Train & Show American Saddlebred Horses) | $ 2,063.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Self-Employed Law Practice |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Pepperdine University | 2007 | | Speaking engagement | reimbursement for hotel & travel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O | 05/15/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. LLC #1- Hwy 280, LLC / Real Estate 1, Birmingham, AL | C | Interest | J | W | | | | | |
| 2. First Commercial Bank Acct | A | Interest | J | T | | | | | |
| 3. First Commercial Bank Acct | A | Interest | J | T | | | | | |
| 4. American Fund-Fundamental Investors | A | Dividend | J | T | | | | | |
| 5. American Fund-Europacific Growth Fund | A | Dividend | J | T | | | | | |
| 6. American Fund-Capital World Growth and Income | A | Dividend | J | T | | | | | |
| 7. Wachovia Bank Deposit Sweep Account | A | Dividend | K | T | | | | | |
| 8. Compass Bank Common Stock | A | Dividend | | | sell | 6/19 | K | E | |
| 9. Janus Investment Fund - Small Cap Value Fund | B | Dividend | J | T | | | | | |
| 10. Fundamental Investors | B | Dividend | K | T | | | | | |
| 11. Growth Fund of America | B | Dividend | K | T | | | | | |
| 12. Citibank Smith Barney Money Fund | A | Dividend | K | T | | | | | |
| 13. RGBK Common Stock | A | Dividend | J | T | | | | | |
| 14. Legg Mason Value Trust | A | Dividend | K | T | | | | | |
| 15. Microsoft Common Stock | A | Dividend | J | T | | | | | |
| 16. Walmart Stores Common Stock | A | Dividend | J | T | | | | | |
| 17. Alabama 0% Judicial Bldg Bonds | A | Interest | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fundamental Inves.Fund (IRA) | A | Dividend | K | T | | | | | |
| 19. Growth Fund of America (IRA) | B | Dividend | K | T | | | | | |
| 20. New Perspective Fund (IRA) | B | Dividend | K | T | | | | | |
| 21. Small Cap World Fund-IRA | B | Dividend | K | T | | | | | |
| 22. Cap.World Growth&Inc-IRA | C | Dividend | L | T | | | | | |
| 23. Euro Pac Growth-IRA | D | Dividend | M | T | | | | | |
| 24. Invest Co of Amer-IRA | C | Dividend | L | T | | | | | |
| 25. Wash Mut. Inv Fund-IRA | C | Dividend | L | T | | | | | |
| 26. Fidelity Disc Equity-IRA | A | Dividend | J | T | | | | | |
| 27. Bank of America Common Stock | A | Dividend | J | T | | | | | |
| 28. Pioneer Fund Inc. | A | Dividend | J | T | partial sell | 12/18 | J | A | |
| 29. Inv. Co of Amer Fund | A | Dividend | K | T | | | | | |
| 30. Inv. Co. of America Fund | A | Dividend | J | T | partial sell | 2/14 | J | A | |
| 31. ICOS Common Stock | A | Dividend | | | sell | 2/1 | J | A | |
| 32. ALKS Common Stock | A | Dividend | | | sell | 2/14 | K | B | |
| 33. Trust l; Inc.Benef.; Trustee=▆▆▆▆ See Part VIII | G | Dividend | O | W | | | | | |
| 34. Regions Bank Acct | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American New Perspective Fund | A | Dividend | J | T | partial sell | 2/16 | J | A | |
| 36. American New Perspective Fund | A | Dividend | J | T | | | | | |
| 37. Trust II; Inc. Bene.; ▮▮▮Trustee, See Part VIII. | H1 | Dividend | P1 | W | | | | | |
| 38. ▮▮▮▮ | | None | | | sell | | K | | see Part VIII |
| 39. 401(k)@ The Principal, See Part VIII. | E | Dividend | N | T | buy | | K | | see Part VIII |
| 40. Lawfirm Capital Contribution▮▮▮, See Part VIII | | None | K | W | | | | | |
| 41. Trust III; Inc Benef; Life Ins; Trustee-▮▮▮ See Part VIII | | None | K | W | | | | | |
| 42. Trust IV, Inc Benef; Life Ins; Trustee-▮▮▮ See Part VIII | | None | K | W | | | | | |
| 43. Pioneer Mid-Cap Value Fund Cl A | A | Dividend | | | sell | 2/16 | J | B | |
| 44. Putnam Small Cap Value Fund | A | Dividend | | | sell | 2/15 | J | A | |
| 45. Disney Common Stock | A | Dividend | J | T | partial sell | 8/7 | J | A | |
| 46. Disney Common Stock | A | Dividend | J | T | partial sell | 2/15 | J | C | |
| 47. Wachovia Bank Deposit Sweep Account | A | Interest | J | T | | | | | |
| 48. Columbia Funds, Intl Value Fd Inv. CL A | C | Dividend | J | T | | | | | |
| 49. Wachovia Cash Sweep Acct | A | Dividend | J | T | | | | | |
| 50. Janus Invt. Fd- Small Cap & Value Fund-IRA | D | Dividend | K | T | | | | | |
| 51. T. Rowe Price Mid-Cap Growth Fund-IRA | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. General Electric Company Common Stock | A | Dividend | J | T | | | | | |
| 53. Nuveen Select Tax Free Income Port 2 SBI | A | Dividend | J | T | | | | | |
| 54. Growth Fund of America-Class A | A | Dividend | J | T | | | | | |
| 55. New England Financial Permanent Life Insurance | A | Dividend | K | T | | | | | |
| 56. New England Financial- Permanent Life Insurance Policy | A | Dividend | K | T | | | | | |
| 57. New England Finan.- Variable Ord.Life - Mod to Agg Alloc | A | Dividend | K | T | | | | | |
| 58. Metlife Permanent Life Ins. | B | Dividend | L | T | | | | | |
| 59. Van Kampen Equity & Income Fund-Cl B-fka Equity Income | A | Dividend | J | T | | | | | |
| 60. UBS Cash Fund | A | Interest | J | T | | | | | |
| 61. T. Rowe Price Mid Cap Growth Fund | A | Dividend | J | T | | | | | |
| 62. Eurapacific Growth Fund | A | Dividend | J | T | | | | | |
| 63. Capital World Growth | B | Dividend | K | T | | | | | |
| 64. Capital World Growth | A | Dividend | J | T | | | | | |
| 65. Intermediate Bond Fund of America | A | Dividend | | | sell | 8/7 | J | A | |
| 66. Intermediate Bond Fund of America | A | Dividend | J | T | | | | | |
| 67. LLC #3 - FBN Properties 1, LLC; real estate investment | | None | J | W | | | | | |
| 68. Chico's FAS, Inc. | A | Dividend | | | sell | 2/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 ● =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karen O | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Stern Agee Cash Trust Prime Money Market | A | Interest | J | T | | | | | |
| 70. Van Kampen Equity & Income Fd Cl A | A | Dividend | J | T | | | | | |
| 71. Pioneer Short Term Inc. Cl A | A | Dividend | J | T | buy | 2/16 | J | | |
| 72. Pioneer Short Term Inc. Cl A | A | Dividend | J | T | partial sell | 12/18 | J | | |
| 73. Europacific Growth Fund Cl A | B | Dividend | K | T | | | | | |
| 74. Putnam Ltd Gov. Inc. Fd Cl A | A | Dividend | | | sell | 08/07 | J | A | |
| 75. Fundamental Investments Inc. Cl F | D | Dividend | M | T | buy | 08/24 | L | | |
| 76. Fidelity Funds Cash Reserves | A | Dividend | J | T | | | | | |
| 77. ING - Life Insurance Policy | A | Dividend | J | T | | | | | |
| 78. LLC #4 - IRIS, LLC; real estate investment; Birmingham, AL | D | Distribution | M | W | | | | | |
| 79. Citadel Broadcasting | A | Dividend | J | T | | | | | |
| 80. Citadel Broadcasting | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*



401(k): American Century Inv. Mgmt. Large Cap Stk Idx Sep Acct, Principal Global Barrow Hanley Med Co. Value Sep Acct, American Century Inv. Mgmt. Large Cap Value II SA, Principal Global Investors Diversified Intl Sep Acct and contributions to the Plan and purchases by the Plan to these preselected funds are made throughout the year.

Lawfirm Capital Contribution ▓ is in the law firm of ▓▓▓▓▓▓ in Birmingham, AL.

Trust III owns a life insurance policy issued by Phoenix Mutual Life Insurance Company and stock issued by Phoenix Mutual.

Trust IV owns a life insurance policy issued by Northwestern Mutual Life Insurance Company.

Partial sales in some holdings did not change year-end category listings.

Dreyfuss Appreciation Fund (Line 11 on 2005 Report) should have been reflected as a "sell" rather than a "partial sell" with C(1) left blank to reflect no value at the end of the previous reporting period.

A sale of ▓▓▓ (date unknown) by the Company resulted in a distribution to all owners.

Disney Common Stock (Lines 45 & 46) resulted from Disney's stock acquisition of the previously held investment (Pixar Common Stock).

The asset in Line 58 has been owned for many years and inadvertently was omitted from earlier reports.

Capital World Growth purchases in two subaccounts were aggregated in the previous report as a single purchase, but are now segregated on Lines 63 & 64 for easier tracking.

Line 11 in the 2006 report appears to be an erroneous duplicate and has been deleted in this report.

By virtue of corporate merger, AmSouth Bank Acct (Line 34) became Regions Bank Acct.

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O | 05/15/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544